UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT COPHER,

       Plaintiff,

vs.                                   Case No. 3:06-cv-656-J-HTS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security
Administration,

       Defendant.
_____

**O R D E R**[1]

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. #19; Motion), filed on August 6, 2007. Defendant requests that the case be remanded

> 1) to update the medical record; 2) to fully evaluate the medical opinions of record and provide the reasons for the weight accorded to the opinions from the treating, examining, and non-examining sources; 3) to obtain testimony from a vocational expert, if necessary; and[] 4) to consolidate the current claims with any subsequent claims for a final decision.

Motion at 1. The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial review of benefit determinations)[.]" *Id.* at 2. It

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #20), entered on August 8, 2007.

is represented counsel for Plaintiff has no objection to the Motion, *id.* at 1-2, and such a disposition is clearly within the Court's authority. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #19) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for the Commissioner

> 1) to update the medical record; 2) to fully evaluate the medical opinions of record and provide the reasons for the weight accorded to the opinions from the treating, examining, and non-examining sources; 3) to obtain testimony from a vocational expert, if necessary; and[] 4) to consolidate the current claims with any subsequent claims for a final decision.

Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of August, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any