UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT COPHER,

      Plaintiff,

vs.                                  Case No. 3:06-cv-656-J-HTS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security
Administration,

      Defendant.
_____

**O R D E R**

This cause is before the Court on the Application for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #26; Motion), filed on September 11, 2007. It is represented "Defendant has no objection to the requested relief." Motion at 2.

The Motion requests the Court to award $3,189.49 in attorney fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 1. Counsel expended 19.55 hours in representing Plaintiff before the Court in 2006 and 2007. *See id.* at 1-2; Affidavit of Attorney's Time, attached to the Motion. Hourly rates, adjusted for inflation, of $161.33 for 2006 and $163.72 for 2007 are sought. Motion at 1-2; *cf.* 28 U.S.C. § 2412(d)(2)(A) (permitting adjustment for increase in cost of living).

Having reviewed the Motion and case file herein, the Court finds Mr. Copher satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Further, it is found he may reasonably be awarded $3,189.49 in attorney fees.

Accordingly, the Motion (Doc. #26) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,189.49.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of September, 2007.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any